# <u>EXHIBIT A</u>

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount | |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Ameren Illinois | 12/9/2022 | Wire | $ | 10,198.15 |
| Akorn Operating Company, LLC | Ameren Illinois | 1/6/2023 | Wire | $ | 7,026.04 |
| | | | | $ | 17,224.19 |